IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS RAY HANSON,** ) | 1:07-CV-1556-AWI WMW HC |
| ) | |
| Petitioner, ) | ORDER VACATING FINDINGS AND |
| ) | RECOMMENDATIONS RE |
| vs. ) | DISMISSING PETITION FOR |
| ) | WRIT OF HABEAS CORPUS |
| **SUE HUBBER,** ) | |
| ) | [Doc. 11] |
| Respondent. ) | |
| ) | |
| ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On December 26, 2007, the court entered findings and recommendations in this case. Due to a procedural error by the court, those findings and recommendations are HEREBY VACATED.

IT IS SO ORDERED.

Dated:   February 8, 2008              /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE