IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RAY HANSON, | 1:07-cv-1556-AWI-WMW (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE FINDINGS & RECOMMENDATION |
| SUE HUBBER, | |
| Respondent. | (DOCUMENT #17) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 7, 2008, petitioner filed a motion to extend time to file objections to the Findings and Recommendation. Inasmuch as petitioner filed the Objections to the Magistrate Judge's Findings and Recommendation on April 7, 2008, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Petitioner's motion to extend time to file any objections to the finding's and recommendations is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   April 15, 2008**              /s/  William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE