**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **DENNIS RAY HANSON,** | ) | 1:07-CV-1556-AWI WMW HC |
| Petitioner, | ) ) | **ORDER VACATING FINDINGS AND** |
| vs. | ) ) | **RECOMMENDATIONS** |
| **SUE HUBBER,** | ) ) | [Doc. 15] |
| Respondent. | ) ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On March 4, 2008, the court entered findings and recommendations in this case, recommending that the case be dismissed for failure to exhaust state judicial remedies. On April 7, 2008, Petitioner filed objections to the findings and recommendations on the ground that he had pursued his claim to the California Supreme Court. With his objections, Petitioner provides a copy of an order from the California Supreme Court dated September 19, 2007, and denying Petitioner's petition for writ of habeas corpus.

Accordingly, the court HEREBY DECLINES to adopt findings and recommendations issued March 4, 2008. The court will issue a separate order requiring Respondent to answer

the petition.   This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:     May 31, 2008**                                       **/s/ Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE

2